# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00014-CV

**In re Robert Francis**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We deny relator's emergency petition for writ of mandamus.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Waldrop

Filed:   January 13, 2006